**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael FELIX–NUNEZ, Defendant–Appellant.**

**No. 05–50916.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Becky S. Walker, Esq., William A. Crowfoot, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Terry J. Amdur, Esq., Law Offices of Terry J. Amdur, Pasadena, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Supreme Court overrules it. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that we continue to be bound by the Supreme Court's holding in *Almendarez–Torres* that a district judge may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt); *see also United States v. Pacheco–Zepeda,* 234 F.3d 411, 414 (9th Cir.2000).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Accordingly, we grant the government's motion for summary affirmance.

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

